UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

        Plaintiff,

v.

Case No.: 1:13−cv−09282

Honorable Amy J. St. Eve

Blackwell Enterprises, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 19, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 1/19/2016. Parties' joint motion for extension of time [50] is granted in part and denied in part for the reasons stated in open court. Fact discovery cutoff is extended to 4/19/16. Any potentially dispositive motion, with supporting memorandum, shall be filed by 8/9/16. No further extensions. Status hearing set for 2/9/16 is stricken and reset to 3/7/16 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.