IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund; Central States, Southeast and Southwest Areas Health and Welfare Fund, and Arthur H. Bunte, Jr., as Trustee,<br><br>    Plaintiffs,<br><br>    v.<br><br>Blackwell Enterprises, Incorporated,<br><br>    Defendant | Case No. 13-cv-9282<br><br>Judge St. Eve<br><br>Magistrate Judge Finnegan |

## UNOPPOSED MOTION TO EXTEND THE FACT DISCOVERY DEADLINE

NOW COMES Defendant Blackwell Enterprises, Incorporated ("Blackwell"), by and through its attorneys, for an Unopposed Motion to Extend the Fact Discovery Deadline. In support thereof, Blackwell states as follows:

1. Over the last several months, the parties have been diligently working to settle this case. On January 12, 2016, Plaintiffs issued subpoenas for documents and depositions to Blackwell's owners, Robert and Fonda Blackwell (the "Blackwells"), to determine the extent of the Blackwells' assets in order to establish an appropriate settlement demand. Blackwell has been producing personal and business-related financial documents—including tax returns, bank statements, lease agreements, and loan documents—on a rolling basis. To date, Blackwell has produced nearly 7,500 pages of documents responsive to the subpoenas. The Blackwells anticipate completing production of all documents responsive to the subpoenas by April 15, 2016.

2. The parties have tentatively agreed to hold the depositions of the Blackwells on or about May 10, 2016 to allow the parties time to prepare for the depositions. Based on the outcome of those depositions, Plaintiffs anticipate making a settlement offer shortly thereafter as such offer must be approved by the Funds' Board of Trustees, which is scheduled to meet on May 12, 2016.

3. The Court has urged the parties to move this case along, telling the parties on January 19, 2016 that "[n]o further extensions" would be granted and setting the discovery deadline for April 19, 2016 and the dispositive motions deadline for June 3, 2016. (Dkt. No. 52.)

4. In light of the looming April 19 discovery deadline, the parties have been diligently conducting discovery, including noticing 30(b)(6) depositions and issuing written discovery requests, in case the parties are unable to reach settlement. After Blackwell responds to Plaintiffs' second set of written discovery requests next week, the only discovery that remains is a 30(b)(6) deposition of Plaintiffs, a 30(b)(6) deposition of Blackwell in this matter, and the settlement depositions of the Blackwells. Mr. Blackwell would also be deposed by Plaintiffs to testify in response to a 30(b)(6) notice of Blackwell in a related matter to recover withdrawal liability incurred by Blackwell (the "Withdrawal Liability Action"). *See Central States, Southeast and Southwest Areas Pension Fund, et. al v. Blackwell Enterprises, Inc.*, No. 13-cv-9281.

5. To avoid the costs of this discovery and to allow the parties to complete settlement-related discovery and engage in serious settlement discussions, Blackwell respectfully requests that the Court extend the fact discovery deadline from April 19, 2016 to May 20, 2016. Although Blackwell is mindful of the Court's desire not to further extend deadlines in this case, Blackwell's limited request will not affect the June 3 dispositive motion deadline or any other

court deadline in this case. Moreover, since the Court's January 19, 2016 order, the parties have made significant progress towards settling this matter and anticipate knowing whether settlement will occur after the Blackwells are deposed in early May. If the parties do not reach a settlement at that time, Blackwell will likely be forced to consider alternatives, including bankruptcy, which would make engaging in fact discovery unnecessary.

6. In addition, the limited discovery extension will avoid some of the unnecessary costs of discovery and allow Mr. Blackwell to avoid sitting separately for two depositions. If the discovery deadline is not extended, the parties will have to take the 30(b)(6) depositions of Blackwell and Plaintiffs before discovery closes on April 19. Under those circumstances, although Mr. Blackwell would sit for the 30(b)(6) deposition of Blackwell, he would not be deposed under the subpoena at that time because Plaintiffs will not be in a position to take that deposition before the close of discovery, as they will not receive all settlement-related documents until just a few days before the discovery deadline. An extension of the discovery deadline until after the settlement deposition on or about May 10 will avoid unnecessary costs and burdens on the parties. With an extension, the parties could depose Mr. Blackwell in one sitting (instead of multiple ones) and only conduct the 30(b)(6) of Plaintiffs if the parties are unable to settle.

7. This motion is brought in good faith, will not prejudice any party herein, and is not brought for any improper purpose.

8. On April 6, 2016, Blackwell corresponded with the Funds' attorney, Andrew J. Herink of Central States' Law Department, regarding this motion. Mr. Herink stated that although he would not agree to this motion, he did not oppose it.

WHEREFORE, Blackwell respectfully requests that the Court enter an order extending the fact discovery deadline in this matter from April 19, 2016 to May 20, 2016.

Dated: April 7, 2016                            Respectfully submitted,


                                          /s/ Eric D. Field
                                          Eric D. Field (IL Bar No. 6255922)
                                          Elizabeth A. Cyr (*admitted pro hac vice*)
                                          AKIN GUMP STRAUSS HAUER & FELD, LLP
                                          1333 New Hampshire Avenue, NW
                                          Washington, DC 20036
                                          Telephone: 202.887.4000
                                          Facsimile: 202.778.4288
                                          efield@akingump.com
                                          ecyr@akingump.com

                                          Robert S. Driscoll
                                          WI State Bar ID No. 1071461
                                          John H. Zawadsky
                                          REINHART BOERNER VAN DEUREN S.C.
                                          22 East Mifflin Street
                                          Madison, WI 53703
                                          Telephone: 608.229.2202
                                          Facsimile: 608.229.2200
                                          rdriscoll@reinhartlaw.com

                                          Attorneys for Blackwell Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I, Eric Field, certify that on April 7, 2016, I caused a copy of the foregoing Unopposed Motion to Extend the Fact Discovery Deadline to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Blackwell Enterprises, Inc.