# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund; Central States, Southeast and Southwest Areas Health and Welfare Fund; and Arthur H. Bunte, Jr., as Trustee,<br><br>          Plaintiffs,<br><br>    v.<br><br>Blackwell Enterprises, Incorporated,<br><br>          Defendant. | Case No. 13-cv-9282<br><br>Judge St. Eve<br><br>Magistrate Judge Finnegan |

## NOTICE OF MOTION

TAKE NOTICE that on Wednesday, April 13 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Blackwell Enterprises, Inc. will appear before the Honorable Judge St. Eve, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1241, Chicago, Illinois 60604 or such other Judge as may be sitting in her stead, and then and there present the attached Unopposed Motion to Extend the Fact Discovery Deadline.

Dated: April 7, 2016

Respectfully submitted,

/s/ Eric D. Field
Eric D. Field (IL Bar No. 6255922)
Elizabeth A. Cyr (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288

efield@akingump.com
ecyr@akingump.com

Robert S. Driscoll
WI State Bar ID No. 1071461
John H. Zawadsky
REINHART BOERNER VAN DEUREN S.C.
22 East Mifflin Street
Madison, WI 53703
Telephone: 608.229.2202
Facsimile: 608.229.2200
rdriscoll@reinhartlaw.com

Attorneys for Blackwell Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I, Eric D. Field, certify that on April 7, 2016, I caused a copy of the foregoing Notice of Motion to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Blackwell Enterprises, Inc.